# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

September 28, 2022

Mr. Scott Michael Tschirhart
Denton, Navarro, Rocha, Bernal & Zech, P.C.
2500 W. William Cannon Drive
Suite 609
Austin, TX 78745

    No. 21-50276   Gonzalez v. Trevino
                         USDC No. 5:20-CV-1151

Dear Counsel:

This letter will serve to confirm our telephone conversation this date advising the parties that the court has requested a response to the Appellee's Petition for rehearing en banc be filed in this office on or before October 11, 2022.

                                  Sincerely,

                                  LYLE W. CAYCE, Clerk

                                By: _____
                                Melissa B. Courseault, Deputy Clerk
                                504-310-7701

cc:
    Ms. Anya Bidwell