CASE NO. 21-50276

# In the
# United States Court of Appeals
# for the Fifth Circuit

**SYLVIA GONZALEZ,**

*Plaintiff–Appellee,*

*v.*

**EDWARD TREVINO, II, Mayor of Castle Hills, sued in his individual capacity; JOHN SIEMENS, Chief of the Castle Hills Police Department, sued in his individual capacity; ALEXANDER WRIGHT, sued in his individual capacity,**

*Defendants–Appellants.*

On Appeal from the United States District Court for the
Western District of Texas, San Antonio Division, No.5:20-cv-01151,
Honorable David Alan Ezra, Presiding

## MOTION TO WITHDRAW AS COUNSEL

Counsel for *amicus curiae* Fane Lozman, Cory Liu, is departing his law firm to pursue another professional opportunity. Counsel therefore respectfully asks the Court to grant this motion for Cory Liu and the Ashcroft Law Firm to withdraw as counsel.

Respectfully submitted,

*/s/ Cory R. Liu*
Cory R. Liu
ASHCROFT LAW FIRM LLC
919 Congress Avenue, Ste. 1325
Austin, TX 78701
(512) 370-1800
cliu@ashcroftlawfirm.com

*Counsel for Amicus Curiae*

**CERTIFICATE OF SERVICE**

On March 2, 2023, this motion was served via CM/ECF on all registered counsel and transmitted to the Clerk of the Court.

*/s/ Cory R. Liu*
Cory R. Liu

*Counsel for Amicus Curiae*

# CERTIFICATE OF COMPLIANCE

This document complies with the type-volume limit of FED. R. APP. P. 27(d)(2)(A), because excluding the parts of the document exempted by FED. R. APP. P. 32(f), this document contains 40 words.

This document complies with the typeface requirements of FED. R. APP. P. 32(a)(5) and the type-style requirements of FED. R. APP. P. 32(a)(6) because this document has been prepared in Century Schoolbook, Size 14, using Microsoft Word.

*/s/ Cory R. Liu*
Cory R. Liu

*Counsel for Amicus Curiae*