# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

March 03, 2023

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

        No. 21-50276     Gonzalez v. Trevino
                         USDC No. 5:20-CV-1151

The court has granted the motion of Cory Liu to withdraw as counsel
for Amicus Curiae Fane Lozman in this case.

                            Sincerely,

                            LYLE W. CAYCE, Clerk

                            By:
                            Melissa B. Courseault, Deputy Clerk
                            504-310-7701

Mr. William R. Aronin
Ms. Anya Bidwell
Mr. Lowell Frank Denton
Ms. Brianne Jenna Gorod
Mr. Patrick M. Jaicomo
Ms. Laura Moraff
Ms. Devi Rao
Mr. Scott Michael Tschirhart