# Supreme Court of the United States
## Office of the Clerk
### Washington, DC 20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

April 24, 2023

Clerk
United States Court of Appeals for the Fifth Circuit
600 S. Maestri Place
New Orleans, LA 70130

    Re: Sylvia Gonzalez
        v. Edward Trevino, II, et al.
        No. 22-1025
        (Your No. 21-50276)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on April 20, 2023 and placed on the docket April 24, 2023 as No. 22-1025.

Sincerely,

**Scott S. Harris**, Clerk

by

Susan Frimpong
Case Analyst

