# United States Court of Appeals
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

October 16, 2023

Mr. Philip Devlin
Western District of Texas, San Antonio
United States District Court
655 E. Cesar E. Chavez Boulevard
Suite G65
San Antonio, TX 78206

```
     No. 21-50276   Gonzalez v. Trevino
                    USDC No. 5:20-CV-1151
```

Dear Mr. Devlin,

Enclosed is a copy of the Supreme Court order granting certiorari.

        Sincerely,

        LYLE W. CAYCE, Clerk

        *Renee McDonough*

        By: _____
        Renee S. McDonough, Deputy Clerk
        504-310-7673