# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
August 2, 2024
Lyle W. Cayce
Clerk

No. 21-50276

Sylvia Gonzalez,

        *Plaintiff—Appellee*,

versus

Edward Trevino, II, *Mayor of Castle Hills, sued in his individual capacity*; John Siemens, *Chief of the Castle Hills Police Department, sued in his individual capacity*; Alexander Wright, *sued in his individual capacity*,

        *Defendants—Appellants*.

Appeal from the United States District Court
for the Western District of Texas
USDC No. 5:20-CV-1151

ON REMAND FROM
THE SUPREME COURT OF THE UNITED STATES

Before Barksdale, Engelhardt, and Oldham, *Circuit Judges*.

Per Curiam:

In *Gonzales v. Trevino*, 602 U.S. ---, 144 S. Ct. 1663 (2024), the Supreme Court vacated the panel majority's reversal of the District Court's denial of a motion to dismiss and remanded "for the lower courts to assess whether Gonzalez's evidence suffices to satisfy the *Nieves* exception." *Id.* at

1668. Accordingly, we REMAND this case to the District Court for further proceedings consistent with the Supreme Court's opinion.